# ReedSmith

Gregory B. Reilly
Direct Phone: 973.621.1188
Email: greilly@reedsmith.com

Reed Smith LLP
The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5401
973.621.3200
Fax 973.621.3199

November 10, 2005

**VIA FACSIMILE (718) 260-2457
AND U.S. REGULAR MAIL**

The Honorable John Gleeson
United States District Court (E.D.N.Y.)
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Mosely v. Island Computer Products, Inc.*
   *Civil Action No. 04-2469 (JG/CLP)*

Dear Judge Gleeson:

We represent Defendant Island Computer Products, Inc. ("ICP"), in the above-referenced matter. ICP was to submit its motion for summary judgment on November 15, 2005. Due to several other pressing matters, we respectfully request an extension of two weeks, or until November 29, 2005, to file ICP's motion. Our adversary has consented to this request.

Thank you for your consideration.

Respectfully submitted,

Gregory B. Reilly

Granted 11/29/05
motion due 11/29/05
opposition 12/13/05
reply 12/20/05
Oral argument 1/13/06 @ 10:30am

cc: James Randazzo, Esq. (via facsimile 914-741-2920)

s/John Gleeson

LONDON ♦ NEW YORK ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
PRINCETON ♦ FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ LEESBURG

reedsmith.com

Steven J. Picco ♦ Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware

NWKLIB-90146.1