UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY E. MOSLEY,      JUDGMENT
    04-CV- 2469 (JG)
           Plaintiff,

   -against-      FILED
    IN CLERK'S OFFICE
ISLAND COMPUTER PRODUCTS, INC.,      U.S. DISTRICT COURT, E.D.N.Y.

    ★ FEB 17 2006 ★

           Defendant.      BROOKLYN OFFICE
-----------------------------------------------------------------X

       An Order of Honorable John Gleeson, United States District Judge, having been filed on February 9, 2006, granting ICP's motion for summary judgment; and dismissing ICP's counterclaims on its own motion; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that ICP's motion for summary judgment is granted; and that ICP's counterclaims are dismissed on its own motion.


Dated: Brooklyn, New York
        February 13, 2006     s/Robert C. Heinemann
    ROBERT C. HEINEMANN
    Clerk of Court